In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00506-CR
_____

ADAM FRANCIS KOZDRA, Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 14-08-08798 CR**

## MEMORANDUM OPINION

Adam Francis Kozdra pleaded guilty to robbery, enhanced by prior convictions, and after conducting a trial on punishment, the trial court sentenced Kozdra to life in prison. Kozdra's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes Kozdra's appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time for Kozdra to file a *pro se* brief, but we received no response from Kozdra.

We have determined that this appeal is wholly frivolous. We have independently examined the clerk's record and the reporter's record, and we agree that no arguable issues support an appeal. We find it unnecessary to order appointment of new counsel to re-brief the appeal.[1] *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 14, 2015
Opinion Delivered September 23, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]Kozdra may challenge our decision by filing a petition for discretionary review. *See* Tex. R. App. P. 68.